IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

      Plaintiff,                        No. CIV S-03-1966 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On May 4, 2005, plaintiff filed a "response to defendant motion to dismiss for plaintiff failure to respond, slightly amended." This document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendant, then documents submitted by plaintiff must be served on that attorney and not on the defendant. Every document submitted in hard copy format to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local

Rule 5-135(b) and (c).[1]

On May 5, 2005, defendant filed a reply to plaintiff's response to the motion to dismiss. This document was not served on plaintiff in accordance with Local Rule 5-1135 (b) and (c).

IT IS HEREBY ORDERED:

1. Within fifteen days from the date of this order plaintiff shall serve a copy of plaintiff's May 4, 2005 "response to defendant motion to dismiss" on counsel for defendants and shall file proper proof of said service. Plaintiff is cautioned that failure to comply with this order may result in the imposition of sanctions. Plaintiff is further cautioned that failure to serve any documents subsequently filed in this action properly, and failure to include a proper certificate of service with such filing, may result in a recommendation that this action be dismissed.

2. Within fifteen days from the date of this order counsel for defendant shall serve a copy of his May 5, 2005 reply to plaintiff's response and shall filed proper proof of said service. Defendant is cautioned that failure to comply will result in an order striking the May 5, 2005 reply from the record.

DATED: May 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/kf
peni1966.35a

---

[1] The court acknowledges receipt of plaintiff's letter relating to service; the letter does not satisfy the requirements of a proper certificate of service.