IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV,

     Plaintiff,                       2:03-cv-1966-GEB-KJM-P

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed a response to the findings and recommendations, concurring in the result because he believes it is in his best interest to go to trial.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2006, are adopted in full; and

2. Plaintiff's September 12, 2005 and March 17, 2006 motions for summary judgment are denied.

Dated: July 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge