IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV,

      Plaintiff,                      No. CIV S-03-1966 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 8, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 25, 2003 and April 8, 2004. All requests were denied. For the same reasons set forth in those orders, IT IS HEREBY ORDERED that plaintiff's December 8, 2006 request for appointment of counsel is denied.

DATED: December 20, 2006.

                                              U.S. MAGISTRATE JUDGE

/mp
peni1966.31thr