Moreno & Rivera, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and
SACRAMENTO COUNTY DEPUTY D.A. DAVID STEWARD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE B. PENILTON, III, </br></br>Plaintiff,</br></br>vs.</br></br>SACRAMENTO COUNTY, et. al.</br></br>Defendants. | NO.   CIV S-03-1966 GEB KJM P</br></br>**ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

This case came on for hearing on the ex parte application of defendants COUNTY OF SACRAMENTO and DAVID STEWARD, for an order granting defendants an extension of time in which to file a response to Plaintiff's motion for summary judgment. It appearing to this Court that good cause has been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Defendants have up to and including May 4, 2007 in which to file a response to Plaintiff's motion for summary judgment.

2. That in all other respects the Court's scheduling order shall remain in effect.

Dated: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE