IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV,

      Plaintiff,                       No. CIV S-03-1966 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has filed five motions to compel discovery.

I. <u>Motion To Compel–Docket Number 66</u>

        Plaintiff seeks an order directing defendant Sacramento County Sheriff's Department to answer interrogatories served more than thirty days earlier. Defendants counter that the court's scheduling order allows a party forty-five days in which to respond to discovery requests and that they complied within that time when requests were properly propounded. Plaintiff has not filed an opposition.

        In the discovery order filed December 4, 2006, the court directed that "responses to written discovery requests shall be due forty-five days after the request is served." (Docket No. 62). In light of the fact that plaintiff's has not filed a reply to defendants' opposition nor has

1

filed additional motions to compel, the court surmises that defendants have complied with plaintiff's request. This motion will be denied.

II. Motion To Compel–Docket Number 67

This motion, seeking to compel the medical department of the Sheriff's Department to respond to interrogatories, again seems based on plaintiff's reliance on a thirty day period for responding to the request. Once again, plaintiff has not filed anything further suggesting that discovery was ultimately withheld. This motion will be denied.

III. Motion To Compel–Docket Number 68

Plaintiff seeks an order compelling defendant Steward to answer a number of interrogatories concerning Steward's handling of the prosecution against plaintiff. Once again, it appears that plaintiff filed the motion before the forty-five days had elapsed. His failure to file a reply to defendants' opposition or to file a further motion to compel suggests that he has received discovery from defendant Steward. This motion will be denied.

IV. Motion To Compel Discovery–Docket Number 69

Although not entirely clear, it appears that this motion is directed at various defendants' failure to respond to discovery requests within the thirty day time period set in the Federal Rules of Civil Procedure. As noted above, however, this court's scheduling order sets a forty-five day period for responses. This motion will be denied.

V. Motion To Compel Discovery–Docket Number 70

Plaintiff has filed a motion seeking discovery from the defendants in this case, but has not clearly indicated that he has previously sent these requests to defendants. Accordingly, this motion does not comply with the local rules and will be denied. L.R. 33-250(c), 34-250(c).

IT IS HEREBY ORDERED that plaintiff's motions for discovery, docket numbers 66, 67, 68, 69 and 70 are denied.

DATED: June 5, 2007.

2/peni1966.mtc

_____
U.S. MAGISTRATE JUDGE

2