IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV,

    Plaintiff,                           No. CIV S-03-1966 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                     <u>ORDER</u>

                                /

Plaintiff has requested an extension of time to file and serve a reply to defendants' opposition to plaintiff's April 2, 2007 motion for summary judgment and an opposition to defendants' May 10, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 11, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' opposition to plaintiff's April 2, 2007 motion for summary judgment and an opposition to defendants' May 10, 2007 motion for summary judgment.

DATED: June 20, 2007.

                                                     U.S. MAGISTRATE JUDGE

/mp
peni1966.36