IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV

      Plaintiff,                      No. CIV S-03-1966 GEB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.               <u>ORDER</u>

         Defendants have filed a motion to vacate the dates for pretrial statements, pretrial conference, and trial. In light of the pending motions for summary judgment, this request is well taken.

         IT IS HEREBY ORDERED that the dates for filing pretrial statements, pretrial conference and trial, set in the scheduling order of December 6, 2006, are hereby vacated.

DATED: September 14, 2007.

_____
U.S. MAGISTRATE JUDGE

2
peni1966.vtr

1