IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

      Plaintiff,                          No. CIV S-03-1966 GEB KJM P

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve objections to the February 26, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 111) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the February 26, 2008 findings and recommendations.

DATED: March 31, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
peni1966.36(2)