IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

      Plaintiff,                       2:03-cv-1966-GEB-KJM-P

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Docket No. 110), are adopted in full;

2. Plaintiff's March 28, 2007 motion for summary judgment (Docket No. 72) is denied;

3. Plaintiff's April 2, 2007 motion for summary judgment (Docket No. 73) is denied;

4. Plaintiff's June 29, 2007 motion for summary judgment (Docket No. 83) is denied;

5. Plaintiff's September 4, 2007 request for entry of judgment (Docket No. 99) is denied;

6. Defendant Steward's July 12, 2007 motion for summary judgment (Docket No. 78) is granted; and

7. The court shall set the remaining claims against the Sacramento County Sheriff's Department for pretrial conference on the papers, trial confirmation hearing and trial by separate order.

Dated:  May 1, 2008

GARLAND E. BURRELL, JR.
United States District Judge