IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON, IV,

    Plaintiff,                    No. CIV S-03-1966 GEB KJM P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendant.             ORDER

        Plaintiff, a state inmate proceeding in pro per with a civil rights action, has filed a motion to disqualify the undersigned. Plaintiff has not presented a valid reason supporting his request. See 28 U.S.C. § 455; Litkey v. U.S., 510 U.S. 540, 555 (1994).

        IT IS HEREBY ORDERED that plaintiff's motion to disqualify the undersigned (docket no. 115) is denied.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2
peni1966.rec