IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

        Plaintiff,                    No. CIV S-03-1966 GEB KJM P

    vs.

SACRAMENTO COUNTY, et al.,

        Defendant.              <u>ORDER</u>

_____/

        Defendant Sacramento County Sheriff's Department has asked for leave to file a dispositive motion beyond the deadline established in the court's scheduling order.

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

        1. Defendant Sacramento County Sheriff's Department's request to file a dispositive motion (docket no. 120) is granted and the motion is due within thirty days of the date of this order;

        2. Plaintiff's opposition, if any, is due within thirty days of the filing of defendant's motion; the opposition must conform to the limitations set forth in the court's order of February 26, 2008 (docket no. 110) unless plaintiff first secures an exception to that order;

        3. Defendant's reply, if any, is due within fifteen days of the filing of an opposition; and

1    4. Dates for filing pretrial statements, pretrial conference, trial confirmation
2 hearing and trial will be set, if necessary, after the final resolution of any pretrial order.
3 DATED: May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

2
peni1966.dm

2