IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

    Plaintiff,        No. CIV S-03-1966 GEB KJM P

   vs.

SACRAMENTO COUNTY, et al.,

    Defendants.    <u>ORDER</u>

_____/

Plaintiff has requested an extension of time to file an opposition to defendant's motion for summary judgment filed June 18, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (docket #131) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's motion for summary judgment filed June 18, 2008. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 18, 2008.

                                  U.S. MAGISTRATE JUDGE

/ke
peni1966.36