IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

       Plaintiff,                      No. CIV S-03-1966 GEB KJM P

    vs.

SACRAMENTO COUNTY, et al.,

       Defendants.                ORDER

          Plaintiff has filed his second request for an extension of time to file an opposition to defendant's motion for summary judgment filed June 18, 2008. Good cause appearing, the request will be granted. No further extensions of time will be granted.

          IT IS HEREBY ORDERED that:

          1. Plaintiff's request for an extension of time (docket no. 134) is granted; and

          2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's motion for summary judgment filed June 18, 2008. No further extensions of time will be granted.

DATED: September 11, 2008.

                                            U.S. MAGISTRATE JUDGE

/ke
peni1966.36sec