IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

       Plaintiff,                      No. CIV S-03-1966 GEB KJM P

   vs.

SACRAMENTO COUNTY, et al.,

       Defendants.           <u>ORDER</u>

                                  /

        Plaintiff has filed his third request for an extension of time to file and serve a reply to defendants' June 18, 2008 motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 140) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' June 18, 2008 motion for summary judgment. No further extensions of time will be granted.

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
peni1966.36sec(2)