IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. PENILTON,

         Plaintiff,                         2:03-cv-1966-GEB-KJM-P

     vs.

SACRAMENTO COUNTY, et al.,

         Defendants.              ORDER

                                            /

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On March 5, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On March 11, 2009 plaintiff filed a document titled "Second Opposition," which the court construes as objections.

/////

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

2  72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the

3  entire file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5            Accordingly, IT IS HEREBY ORDERED that:

6            1.  The findings and recommendations filed March 5, 2009, are adopted in full;

7  and

8            2.  Defendant's motion for summary judgment is granted and judgment is entered

9  in defendant's favor.

10  Dated:  March 30, 2009

11

12  _____
    GARLAND E. BURRELL, JR.
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26